**Ella Mae NEAL, Appellant,**

v.

**WESTERN UNION FINANCIAL SERVICES, Appellee.**

No. 02–2997.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 6, 2003.

Decided Jan. 10, 2003.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Ella Mae Neal, an African American, appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Upon de novo review of the record, we agree with the district court's bases for granting summary judgment to Western Union Financial Services. *See Habib v. NationsBank,* 279 F.3d 563, 566 (8th Cir.2001) (standard of review; elements of prima facie case of race discrimination); *Helfter v. United Parcel Serv., Inc.,* 115 F.3d 613, 615–16 (8th Cir.1997) (summary judgment is proper in employment-discrimination lawsuit when plaintiff fails to establish factual dispute on essential element of her case).

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.